1  Robert C. Bowman, Jr. (SBN: 232388)
   Kara Keister (SBN: 250260)
2  **LAW OFFICES OF BOWMAN & ASSOCIATES**
   *A Professional Law Corporation*
3  2151 River Plaza Drive, Suite 105
   Sacramento, CA 95833-4130
4  Telephone: (916) 923 - 2800
   Facsimile: (916) 923 - 2828
5  Email: kara@bowmanandassoc.com

6  Attorneys for Plaintiff,
   MARIA GRACIANO-HARRIS
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 MARIA GRACIANO-HARRIS                    Case No.: 2:11-CV-00266-WBS-GGH

12     Plaintiff,

13 v.                                       **JOINT STIPULATION FOR
                                            DISMISSAL; [PROPOSED] ORDER**
14 VICTORIA'S SECRET STORES, LLC, a
   Delaware corporation, and DOES 1 through
15 50, inclusive,                           **Complaint Filed:** December 10, 2010
                                            **Trial Date:** September 5, 2012
16     Defendants.

17

18

19

20

21 WHEREAS all parties to this action stipulate and agree that all claims in the above-captioned

22 proceeding have been fully settled and compromised;

23     IT IS HEREBY STIPULATED by and between the parties to this action, through their

24 undersigned counsel, that the above-captioned action be and hereby is ***dismissed with prejudice***

25 as to all Defendants pursuant to F.R.C.P. 41(a)(1);

26     IT IS FURTHER STIPULATED by and between the parties that each party shall bear its

27 own attorneys' fees and costs of suit.

28

| | |
|---|---|
| Dated: March 2, 2012 | LAW OFFICE OF BOWMAN & ASSOCIATES, APC |
| | By: /s/ Kara Keister |
| |      Kara Keister |
| | Attorney for Plaintiff |
| | MARIA GRACIANO-HARRIS |
| Dated: March 2, 2012 | VORYS, SATER, SEYMOUR & PEASE LLP |
| | By: /s/ Adam Rocco |
| |      Adam J. Rocco |
| | Attorney for Defendant |
| | VICTORIA'S SECRET STORES, LLP |

**ORDER**

In view of the parties' Stipulation, the court orders the above-captioned action be dismissed with prejudice. Each party to this action shall bear it own attorneys' fees and cost of suit.

**IT IS SO ORDERED.**

Dated:  March 12, 2012

_[Signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE